MANATT, PHELPS & PHILLIPS, LLP
MANDANA MASSOUMI (SBN 191359)
mmassoumi@manatt.com
CAMILLE VASQUEZ (SBN 273377)
cvasquez@manatt.com
695 Town Center Drive, 14th Floor
Costa Mesa, CA 92626-1924
Telephone: (714) 371-2500
Facsimile: (714) 371-2550

*Attorneys for Defendants*
AT&T Services, Inc.
Pacific Bell Telephone Company


Byron Lee
43543 Kirkland Ave. Apt. 49
Lancaster, CA 93535
Tel: (323) 841-7687
Tel: (661) 547-2465

Plaintiff In *Pro Per*

**NOTE CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON LEE,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T SERVICES, INC./PACIFIC BELL; a California Corporation; JAIME V. BENAVIDES, individually and as agent/employee/supervisor of AT&T SERVICES, INC./PACIFIC BELL; LEE VAGATAI, individually and as agent/employee/supervisor of AT&T SERVICES, INC./PACIFIC BELL; and Does 1 through 20, inclusive,<br><br>Defendants. | **CASE NO: 2:17-CV-4642 FMO(SSX)**<br><br>Judge: Hon. Fernando M. Olguin<br><br>[Discovery Document: Referred to Magistrate Judge Suzanne H. Segal]<br><br>(LASC Case No. BC 647601)<br><br>[~~PROPOSED~~] ORDER ON STIPULATED PROTECTIVE ORDER<br><br>[Filed concurrently with: Stipulated Protective Order]<br><br>Action Filed: January 25, 2017<br>Action Removed: June 23, 2017 |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

1

[PROPOSED] ORDER

# [~~PROPOSED~~] ORDER

Pursuant to the Stipulated Protective Order ("Joint Stipulation") filed by Plaintiff Byron Lee and Defendants AT&T Services, Inc., and Pacific Bell Telephone Company, filed with this Court on August 15, 2017, the Court rules as follows:

IT IS HEREBY ORDERED that the Joint Stipulation is entered as an Order of the Court. *as amended*

IT IS SO ORDERED.

Dated: 8/18/17

_____
Honorable Suzanne H. Segal
Magistrate Judge of the United States District Court Central District of California

## PROOF OF SERVICE

I, Casey Suda, declare as follows:

I am employed in Orange County, California. I am over the age of eighteen years and not a party to this action. My business address is MANATT, PHELPS & PHILLIPS, LLP, 695 Town Center Drive, 14th Floor, Costa Mesa, California 92626-1924. On the date listed below, I served the within document(s):

**[PROPOSED] ORDER ON STIPULATED PROTECTIVE ORDER**

on the interested parties listed below:

Byron Lee               *Plaintiff in Pro Per*
43543 Kirkland Ave. Apt. 49
Lancaster, CA 93535
Tel:  (323) 841-7687
Tel:  (661) 547-2465
Email: pbox711@yahoo.com

☒ **(BY MAIL)** By placing such document(s) in a sealed envelope, with postage thereon fully prepaid for first class mail, for collection and mailing at Manatt, Phelps & Phillips, LLP, Costa Mesa, California following ordinary business practice. I am readily familiar with the practice at Manatt, Phelps & Phillips, LLP for collection and processing of correspondence for mailing with the United States Postal Service, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **August 15, 2017**, at Costa Mesa, California.

_Casey Suda_
Casey Suda

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES