JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BYRON LEE, | ) | Case No. CV 17-4642 FMO (SSx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| AT&T SERVICES, INC./PACIFIC BELL, et al., | ) | |
| Defendants. | ) | |

Pursuant to the Court's Order Re: Pending Motions, issued contemporaneously with the filing of this Judgment, IT IS ADJUDGED that the above-captioned action is dismissed with prejudice. The parties shall bear their own fees and costs.

Dated this 24th day of September.

/s/
Fernando M. Olguin
United States District Judge